**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-25953-CIV-MARTINEZ**

PAVEL FRANK ROUSSEAUX VIERA,

Plaintiff,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.
______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Petition for Writ of Mandamus and Complaint for Declaratory and Injunctive Relief [ECF No. 1]. Plaintiff alleges Defendant has improperly withheld action on Plaintiff's asylum application, and over *three years* have elapsed with no interview scheduled. He petitions the Court to order that Defendant adjudicate his application within a reasonable timeframe.

The undersigned adopts the well-reasoned analysis contained in *De Donado v. Swacina*, 486 F. Supp. 2d 1360 (S.D. Fla. 2007), pertaining to the Court's power to hear the merits of Plaintiff's application or remand the case to the U.S. Citizenship and Immigration Services ("USCIS") for further proceedings. Although Plaintiff's claim relates to an asylum application instead of a naturalization application, remand to the USCIS is appropriate for a final determination. *See De Donado*, 486 F. Supp. 2d at 1365; *see also Al-Atiyeh v. Swacina*, 650 F. Supp. 2d 1244, 1247 (S.D. Fla. 2009) ("[W]hile the Court has the authority to decide Plaintiff's Naturalization Application, remand is the better course at this time, given . . . [the] USCIS is better able, in the first instance, to evaluate the information in the Naturalization Application, to identify any concerns therein and otherwise develop the record." (alterations added; citation omitted)).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This case is **REMANDED** to the USCIS.

2. Plaintiff shall forthwith serve Defendant with his Complaint and a copy of this Order.
3. Defendant shall schedule an interview and/or make a determination on Plaintiff's application for asylum **within 120 days of the date of this Order**.
4. The Clerk is **DIRECTED** to mark this case as **CLOSED**.
5. Plaintiff may file a status report after 120 days in the event Defendant does not comply with this Order, requesting that this matter be re-opened.

**DONE AND ORDERED** in Miami, Florida, this 24 day of September 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record